## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-34028 |
| | § | |
| NORTHSTAR OFFSHORE GROUP, LLC | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| JAMES KATCHADURIAN, Litigation Trustee, on behalf of Northstar Litigation Trust, | § § § | |
| | § | ADVERSARY NO. 18-03079 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| NGP ENERGY CAPITAL MANAGEMENT, LLC; NGP X US HOLDINGS, L.P.; NGP NATURAL RESOURCES X, L.P.; NGP X PARALLEL HOLDINGS, L.P.; NGP NATURAL RESOURCES X PARALLEL FUND, L.P.; NOG ROYALTY HOLDINGS, LP; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; DAVID HAYES; S. GLYNN ROBERTS; GAYLON FREEMAN; MARK STEVENS; and JAMES P. ULM, II, | § § § § § § § § § § § § § § | |
| | § | |
| Defendants. | § | |

### ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST
### MOVANTS WITH PREJUDICE

Upon consideration of Movants' Motion to Dismiss Plaintiff's Original Complaint With Prejudice (the "Motion");[1] the Court having reviewed the Motion; and notice of the Motion having been adequate and appropriate under the circumstances; and it appearing to the Court that granting the relief requested is appropriate; it is hereby

ORDERED that the Motion is granted; it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

**Order Granting Motion to Dismiss Plaintiff's Original Complaint– Page 1**
059310.000023 20714177.1

ORDERED that all claims by Plaintiff against Movants as described in the Plaintiff's Original Complaint [Doc. 1224], are hereby dismissed as to the Movants WITH PREJUDICE.

DATED: _____, 2018.

                                                _____
                                                THE HONORABLE MARVIN ISGUR
                                                UNITED STATES BANKRUPTCY JUDGE