IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-34028 |
| | § | |
| NORTHSTAR OFFSHORE GROUP, LLC | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| JAMES KATCHADURIAN, Litigation Trustee, on behalf of Northstar Litigation Trust, | § § § | |
| | § | ADVERSARY NO. 18-03079 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| NGP ENERGY CAPITAL MANAGEMENT, LLC; NGP X US HOLDINGS, L.P.; NGP NATURAL RESOURCES X, L.P.; NGP X PARALLEL HOLDINGS, L.P.; NGP NATURAL RESOURCES X PARALLEL FUND, L.P.; NOG ROYALTY HOLDINGS, LP; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; DAVID HAYES; S. GLYNN ROBERTS; GAYLON FREEMAN; MARK STEVENS; and JAMES P. ULM, II, | § § § § § § § § § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST
MOVANTS, NORTHSTAR DIRECTORS, WITH PREJUDICE**

On this day came on for consideration the Motion to Dismiss Plaintiff's Original Complaint filed by Northstar Directors, Movants[1] (the "Motion"). The Court having reviewed the Motion, and notice of the Motion having been adequately and appropriate under the

---

[1] Movants are Defendants S. Glynn Roberts, Gaylon Freeman, Mark Stevens, and James P. Ulm, II (together, "Northstar Directors").

circumstances; and it appearing to the Court that granting the relief requested is appropriate. It is hereby

ORDERED that the Motion is granted. It is further

ORDERED that all claims by Plaintiff against Movants as described in the Plaintiff's Original Complaint (Doc. 1224) are hereby dismissed as to the Movants with prejudice.

Signed _____.

_____
Honorable Marvin Isgur
United States Bankruptcy Judge