IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-34028 |
| | § | |
| NORTHSTAR OFFSHORE GROUP, LLC | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| JAMES KATCHADURIAN, Litigation Trustee, on behalf of Northstar Litigation Trust, | § | |
| | § | ADVERSARY NO. 18-03079 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| NGP ENERGY CAPITAL MANAGEMENT, LLC; NGP X US HOLDINGS, L.P.; NGP NATURAL RESOURCES X, L.P.; NGP X PARALLEL HOLDINGS, L.P.; NGP NATURAL RESOURCES X PARALLEL FUND, L.P.; NOG ROYALTY HOLDINGS, LP; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; DAVID HAYES; S. GLYNN ROBERTS; GAYLON FREEMAN; MARK STEVENS; and JAMES P. ULM, II, | § | |
| Defendants. | § | |

## MOVANTS', NORTHSTAR DIRECTORS, JURY DEMAND

Northstar Directors, Movants,[1] hereby demand a trial by jury under the Seventh Amendment of the United States Constitution. *See Granfinanciera, SA v Nordberg*, 492 US 33, 64 (1989). The Movants do not consent to a jury trial held by the Bankruptcy Court.

---

[1] Movants are Defendants S. Glynn Roberts, Gaylon Freeman, Mark Stevens, and James P. Ulm, II (together, "Northstar Directors").

36929442\1

If it is determined that the Bankruptcy Judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution, the Movants do not consent to entry of final orders by the Bankruptcy Judge.

Simultaneously with the filing of this Jury Demand, the Movants are filing a joinder in motion to withdraw the reference to Bankruptcy Court so that the jury trial may be conducted in District Court.

Dated: June 21, 2018.

>Respectfully submitted,
>
>**COZEN O'CONNOR**
>
>By: /s/ *Stephen B. Edmundson*
>    Stephen B. Edmundson
>    Bar No. 00796507
>    1221 McKinney Street, Suite 2900
>    Houston, Texas 77010
>    Telephone: (832) 214-3930
>    Facsimile: (713) 512-5334
>    E-mail: sedmundson@cozen.com
>
>**ATTORNEYS FOR DEFENDANTS**
>**S. GLYNN ROBERTS;**
>**GAYLON FREEMAN;**
>**MARK STEVENS; AND**
>**JAMES P. ULM, II**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on those parties entitled to notice via this Court's ECF system on June 21, 2018.

/s/ *Stephen B. Edmundson*
Stephen B. Edmundson

36929442\1