IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 16-34028 |
| | § | |
| NORTHSTAR OFFSHORE GROUP LLC, | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| JAMES KATCHADURIAN, Litigation Trustee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 18-03079 |
| | § | |
| NGP ENERGY CAPITAL MANAGEMENT, L.L.C.; NGP X US HOLDINGS, L.P.; NGP NATURAL RESOURCES X, L.P.; NGP X PARALLEL HOLDINGS, L.P.; NGP NATURAL RESOURCES X PARALLEL FUND, L.P.; NOG ROYALTY HOLDINGS, L.P.; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; DAVID HAYES; S. GLYNN ROBERTS; GAYLON FREEMAN; MARK STEVENS; and JAMES P. ULM, II, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS (DKTS. #19, #23)**

Upon consideration of the Motions to Dismiss (Dkts. #19, #23) filed by Defendants NGP Energy Capital Management, LLC, NGP X US Holding, L.P., NGP Natural Resources X, L.P., NGP X Parallel Holdings, L.P., NGP Natural Resources X Parallel Fund, L.P., NOG Royalty Holdings, LP, Christopher Ray, Jesse Bomer, Tomas Ackerman, David Albin, David Hayes, S. Glynn Roberts, Gaylon Freeman, Mark Stevens, and James P. Ulm, II (collectively, "Defendants"), and having considered Plaintiff's response, argument of counsel, and the entire record in this case, the Court finds that the Motions should be DENIED.

-2-

Accordingly, it is hereby ORDERED that Defendants' Motions to Dismiss (Dkts. #19, #23) are DENIED.

DATED: _____, 2018

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE