IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 16-34028 |
| | § | |
| NORTHSTAR OFFSHORE GROUP LLC, | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| JAMES KATCHADURIAN, Litigation Trustee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 18-03079 |
| | § | |
| NGP ENERGY CAPITAL MANAGEMENT, L.L.C.; NGP X US HOLDINGS, L.P.; NGP NATURAL RESOURCES X, L.P.; NGP X PARALLEL HOLDINGS, L.P.; NGP NATURAL RESOURCES X PARALLEL FUND, L.P.; NOG ROYALTY HOLDINGS, L.P.; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; DAVID HAYES; S. GLYNN ROBERTS; GAYLON FREEMAN; MARK STEVENS; and JAMES P. ULM, II, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE**

Upon consideration of the Motion to Strike filed by Plaintiff James Katchadurian, Trustee of the Northstar Litigation Trust, and having considered Defendants' response, argument of counsel, and the entire record in this case, the Court finds that granting the relief requested in the Motion is appropriate.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Strike is GRANTED; it is further

…

-2-

-2-

ORDERED that Exhibits A-C and E-G to the Motion to Dismiss (Dkt. #19) filed by Defendants NGP Energy Capital Management, L.L.C., NGP X US Holdings, L.P., NGP Natural Resources X, L.P., NGP X Parallel Holdings, L.P., NGP Natural Resources X Parallel Fund, L.P., NOG Royalty Holdings, L.P., Christopher Ray, Jesse Bomer, Tomas Ackerman, David Albin, and David Hayes, and incorporated into the Motion to Dismiss (Dkt. #23) filed by Defendants S. Glynn Roberts, Gaylon Freeman, Mark Stevens, and James P. Ulm, II (collectively, "Defendants") are stricken from the record and will be disregarded for purposes of deciding Defendants' Motions to Dismiss.

DATED: _____, 2018

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE