IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 16-34028 |
| | § | |
| NORTHSTAR OFFSHORE GROUP LLC, | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| JAMES KATCHADURIAN, Litigation Trustee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 18-03079 |
| | § | |
| NGP ENERGY CAPITAL MANAGEMENT, L.L.C., et al., | § | |
| | § | |
| Defendants. | § | |

### TRUSTEE'S MOTION FOR LEAVE TO FILE REPLY BRIEF

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Plaintiff James Katchadurian, Litigation Trustee for the Northstar Litigation Trust, respectfully submits this Motion for Leave to file a short Reply in support of his Supplement to his Opposition to Defendants' Motions to Dismiss (Dkt. 39). The Reply is attached as Exhibit A to this Motion, and includes three pages of substantive argument. Plaintiff believes the Reply would assist the Court, in that it addresses certain caselaw specific inaccuracies in Defendants'

Responses to Plaintiff's Supplement (Dkts. 61-62), which are not addressed elsewhere in the

briefing. A proposed order is attached for the Court's convenience. Plaintiff requests all further

relief as the Court deems just and proper.

Date: September 26, 2018                    Respectfully submitted,

William R. Greendyke                        R. Paul Yetter
State Bar No. 08390450                      State Bar No. 22154200
william.greendyke@nortonrosefulbright.com   pyetter@yettercoleman.com
Bob B. Bruner                               Robert K. Ellis
State Bar No. 24062637                      State Bar No. 24076367
bob.bruner@nortonrosefulbright.com          rellis@yettercoleman.com
NORTON ROSE FULBRIGHT US LLP                Wyatt J. Dowling
1301 McKinney, Suite 5100                   State Bar No. 24074152
Houston, Texas 77010                        wdowling@yettercoleman.com
(713) 651-5151                              YETTER COLEMAN LLP
(713) 651-5246 (Fax)                        811 Main, Suite 4100
                                            Houston, Texas 77002
                                            (713) 632-8000
                                            (713) 632-8002 (Fax)

                                            ATTORNEYS FOR PLAINTIFF
                                            JAMES KATCHADURIAN, LITIGATION
                                            TRUSTEE, NORTHSTAR LITIGATION TRUST

### CERTIFICATE OF SERVICE

I certify that on September 26, 2018, a true and correct copy of the foregoing Motion for Leave was served on all parties via the Court's electronic filing system.

/s/ Wyatt J. Dowling
Wyatt J. Dowling