IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-34028 |
| | § | |
| NORTHSTAR OFFSHORE GROUP, LLC | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| JAMES KATCHADURIAN, Litigation Trustee, on behalf of Northstar Litigation Trust, | § § § | |
| | § | ADVERSARY NO. 18-03079 |
| Plaintiff, | § | |
| v. | § | |
| | § | Jury |
| NGP ENERGY CAPITAL MANAGEMENT, LLC; NGP X US HOLDINGS, L.P.; NGP NATURAL RESOURCES X, L.P.; NGP X PARALLEL HOLDINGS, L.P.; NGP NATURAL RESOURCES X PARALLEL FUND, L.P.; NOG ROYALTY HOLDINGS, LP; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; DAVID HAYES; S. GLYNN ROBERTS; GAYLON FREEMAN; MARK STEVENS; and JAMES P. ULM, II, | § § § § § § § § § § § § | |
| | § | |
| Defendants. | § | |

### MOVANTS' MOTION FOR LEAVE TO FILE SUR-REPLY

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST**

**ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Defendants NGP Energy Capital Management, L.L.C., NGP X US Holdings L.P., NGP Natural Resources X, L.P., NGP X Parallel Holdings, L.P., NGP Natural Resources X Parallel Fund, L.P., NOG Royalty Holdings, L.P., Christopher Ray, Jesse Bomer, Tomas Ackerman, David Albin, and David Hayes (collectively, "Movants") file their Motion for Leave (the "Motion") to File Sur-Reply (the "Sur-Reply") in support of their Response [Dkt. No. 61] (the "Response") to Plaintiff's Supplement to Opposition to Defendants' Motions to Dismiss [Dkt. No. 59] ("Plaintiff's Supplement").[1]

Movants do not oppose Plaintiff's Motion for Leave to File Reply Brief [Dkt. No. 63] ("Plaintiff's Motion for Leave"). However, if this Court grants Plaintiff's Motion for Leave, Movants ask that this Court also grant Movants leave to file the Sur-Reply attached as **Exhibit A** to this Motion.

The Sur-Reply includes approximately six pages of substantive argument. Movants believe that the Sur-Reply would assist this Court in that the Sur-Reply addresses inaccurate characterizations in Plaintiff's proposed Reply [Dkt. No. 63 at Exhibit A], which are not addressed elsewhere in the briefing. Movants request all further relief as this Court deems just and proper.

Dated: October 12, 2018.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in Movants' Response to Plaintiff's Supplemental Brief [Dkt. No. 61].

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

By: /s/ *David M. Bennett*
    David M. Bennett
    Bar No. 02139600
    Stephen C. Rasch
    Bar No. 16551420
    Cassandra Sepanik Shoemaker
    Bar No. 24070592
    Julie C. Abernethy
    Bar No. 24056947

    1722 Routh Street, Suite 1500
    Dallas, Texas 75201
    Telephone: (214) 969-1700
    Facsimile: (214) 969-1751

**ATTORNEYS FOR NGP ENERGY CAPITAL MANAGEMENT, LLC; NGP X US HOLDINGS, L.P.; NGP NATURAL RESOURCES X, L.P.; NGP X PARALLEL HOLDINGS, L.P.; NGP NATURAL RESOURCES X PARALLEL FUND, L.P.; NOG ROYALTY HOLDINGS, LP; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; AND DAVID HAYES**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2018 a true and correct copy of the foregoing was served (i) on the parties via the Court's electronic notification system; and (ii) on the below parties by regular US mail.

/s/ *David M. Bennett*
David M. Bennett

William R. Greendyke
Robert Bernard Bruner
1301 McKinney, Suite 5100
Houston, TX 77010

R. Paul Yetter
Robert K. Ellis
Wyatt J. Dowling
811 Main, Suite 4100
Houston, Texas 77002

John F. Higgins
State Bar No. 24062714
1000 Main St., 36th Floor
Houston, Texas 77002

Stephen B. Edmundson
Gregory S. Hudson
1221 McKinney Street, Suite 2900
Houston, Texas 77010