

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/20/2020

| | | |
|---|---|---|
| IN RE: § | | |
| NORTHSTAR OFFSHORE GROUP, LLC § | CASE NO: 16-34028 | |
|    Debtor(s) § | | |
| § | CHAPTER 11 | |
| § | | |
| JAMES KATCHADURIAN § | | |
|    Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 18-03079 | |
| § | | |
| NGP ENERGY CAPITAL § | | |
| MANAGEMENT, LLC, *et al* § | | |
|    Defendant(s) § | | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date:

1. The claims arising under section 24.006(b) of the Texas Business and Commerce Code asserted by James Katchadurian, in his role as Litigation Trustee of Northstar's Litigation Trust, are dismissed.

2. The Trustee's claims against the NGP Directors, the Northstar Directors, and NGP-NOG for breach of the duty of care are dismissed.

3. The Trustee may amend his Complaint.

4. All other relief sought in NGP Energy Capital Management, LLC, *et al*.'s motion to dismiss the Complaint is denied.

SIGNED **April 20, 2020.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY
JUDGE