**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>NORTHSTAR OFFSHORE GROUP, LLC<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 16-34028<br><br><br><br>Chapter 11 |
| JAMES KATCHADURIAN, Litigation Trustee, on behalf of Northstar Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>NGP ENERGY CAPITAL MANAGEMENT, LLC; NGP X US HOLDINGS, L.P.; NGP NATURAL RESOURCES X, L.P.; NGP X PARALLEL HOLDINGS, L.P.; NGP NATURAL RESOURCES X PARALLEL FUND, L.P.; NOG ROYALTY HOLDINGS, LP; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; DAVID HAYES; S. GLYNN ROBERTS; GAYLON FREEMAN; MARK STEVENS; and JAMES P. ULM, II,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>ADVERSARY NO. 18-03079 |

**JOINT NOTICE OF WITHDRAWAL OF**
**JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE LITIGATION TRUSTEE TO FILE UNDER SEAL THE GLOBAL COMPROMISE SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE**

Plaintiff James Katchadurian, the Trustee of the Northstar Litigation Trust, and Defendants (together, the "Parties") file this Joint Notice of Withdrawal of Joint Motion for Entry of an Order Authorizing the Litigation Trustee to File under Seal the Global Compromise Settlement Agreement and Mutual General Release.

On August 25, 2022, the Parties filed the Joint Motion for Entry of an Order Authorizing the Litigation Trustee to File under Seal the Global Compromise Settlement Agreement and Mutual General Release (the "Motion to Seal") [Doc. 184]. On September 16, 2022, the Court entered the Order to Supplement [Doc. 190], which ordered the Parties to supplement the Motion to Seal to advise the Court why the Parties wish to file with the Court the Global Compromise Settlement Agreement and Mutual General Release (the "Settlement Agreement").

Following the Order to Supplement [Doc. 190] entered by the Court, the parties conferred and have agreed that it is not necessary to file with the Court the Settlement Agreement in order to implement the terms of the Settlement Agreement.

Therefore, the parties hereby withdraw the Motion to Seal.

Respectfully submitted,

YETTER COLEMAN LLP

By: _/s/Tracy N. LeRoy_
R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Tracy N. LeRoy
State Bar No. 24062847
tleroy@yettercoleman.com
Elizabeth A. Wyman
State Bar No. 24088688
ewyman@yettercoleman.com
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002 (fax)

ATTORNEYS FOR PLAINTIFF
JAMES KATCHADURIAN,
LITIGATION TRUSTEE
NORTHSTAR LITIGATION TRUST

HOLLAND & KNIGHT LLP

By: _/s/ David M. Bennett_
David M. Bennett
Bar No. 02139600
Stephen C. Rasch
Bar No. 16551420
Julie C. Abernethy
Bar No. 24056947
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (fax)

ATTORNEYS FOR DEFENDANTS
NGP ENERGY CAPITAL MANAGEMENT, LLC; NGP X US HOLDINGS, LP; NGP NATURAL RESOURCES X PARALLEL FUND, LP; NOG ROYALTY HOLDINGS, LP; CHRISTOPHER RAY; JESSE BOMER; TOMAS ACKERMAN; DAVID ALBIN; AND DAVID HAYES

COZEN O'CONNOR

By: _/s/ Gregory S. Hudson_
Gregory S. Hudson
State Bar No. 00790929
Southern District Bar No. 19006
ghudson@cozen.com
1221 McKinney Street, Suite 2900
Houston, Texas 77010
(832) 214-3930
(713) 512-5334 (fax)

ATTORNEYS FOR DEFENDANTS
S. GLYNN ROBERTS; GAYLON FREEMAN;
MARK STEVENS; AND JAMES P. ULM, II

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on those parties entitled to notice via this Court's ECF system on September 22, 2022.

*/s/ David M. Bennett*______
David M. Bennett